# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RALPH L. WATTS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-62 |
| | * | |
| v. | * | |
| | * | |
| ROBERT F. PHILLIP; GARY A. BACON; | * | |
| BAKER MCGEE; ROBERT JAMES | * | |
| JORDAN; ALBERTA NEWBY; ANGELIA | * | |
| JORDAN; WILLIAM P. CHURCHILL, III; | * | |
| ANN REWIS; and RITA PAYNE, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 11), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint, without prejudice, based on his failure to follow the Court's Orders and failure to prosecute. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this

case. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 27 day of October, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA